In the Matter of EMANUEL HIRSCHBERGER, an Attorney, Respondent.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, June 11, 1943.

*Einar Chrystie* for petitioner.

*J. R. Lyttle* for respondent.

*Per Curiam.* The respondent violated the terms of a written escrow agreement and converted to his own use moneys deposited with him. He has since repaid the money and in view of this and other extenuating circumstances we limit the punishment to a suspension for six months, with leave to apply for reinstatement at the expiration of that term upon proof of his compliance with the conditions incorporated in the order.

MARTIN, P. J., TOWNLEY, UNTERMYER, DORE and CALLAHAN, JJ., concur.

Respondent suspended for six months.